UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br>    *Defendants*. | §§§§§§§§§ | CIVIL ACTION NO. 3:21-CV-309 |

## THE STATE OF TEXAS'S
## DISCLOSURE OF INTERESTED PARTIES

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

**CHRISTOPER D. HILTON**
Deputy Chief for General Litigation Division
Texas State Bar No. 24087727
So. Dist. No. 3029796
Christopher.Hilton@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
So. Dist. No. 3350717
Amy.Hilton@oag.texas.gov

**HALIE ELIZABETH DANIELS**
Assistant Attorney General
Texas State Bar No. 24100169
So. Dist. No. 3380631
Halie.Daniels@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR THE STATE OF TEXAS**

NOW COMES the State of Texas and hereby certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

**Parties:**

1. Joseph Biden
2. United States Office of Personnel Management
3. Kiran Ahuja
4. General Services Administration
5. Robin Carnahan
6. Office of Management and Budget
7. Shalanda Young
8. Safer Federal Workforce Task Force
9. Jeffrey Zients
10. National Aeronautics and Space Administration
11. Bill Nelson
12. United States Department of Agriculture
13. Tom Vilsack
14. Federal Acquisitions Regulation Council
15. Lloyd J. Austin, III

**Declarants:**

16. Texas Tech University
17. Texas Department of State Health Services
18. Texas Workforce Commission
19. Eric Bentley
20. Dr. Manda Hall
21. Cheryl Fuller
22. James Carducci
23. Justin Whitehead
24. Michael Ford
25. Tinna Perlman
26. Lori Arcayna
27. Geoffrey Tahuahua
28. Associated Builders and Contractors of Texas
29. Associated Builders and Contractors

**Counsel:**

30. Christopher D. Hilton
31. Halie Daniels
32. Amy Hilton
33. Daniel David Hu
34. Lee Reeves
35. Kristin A. Taylor

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Deputy Chief, General Litigation Division
Attorney-in-Charge
Texas State Bar No. 24087727
So. Dist. No. 3029796
Christopher.Hilton@oag.texas.gov

**HALIE ELIZABETH DANIELS**
Assistant Attorney General
Texas State Bar No. 24100169
So. Dist. No. 3380631
Halie.Daniels@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
So. Dist. No. 3350717
Amy.Hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and all attachments were filed via CM/ECF, causing electronic service on all counsel of record, and were served on the U.S. Attorneys' office via email in accordance with their procedures.

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
