IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **THE STATE OF TEXAS**, <br>    *Plaintiff,* <br><br> v. <br><br> **JOSEPH R. BIDEN**, in his official capacity as President of the United States, *et al.*, <br>    *Defendants.* | Civil Action No. 3:21-cv-309 |

**[PROPOSED] ORDER GRANTING LEAVE FOR AMERICAN MEDICAL ASSOCIATION TO FILE BRIEF AS *AMICUS CURIAE***

This matter having come before the Court on the Motion by American Medical Association to File Brief as *Amicus Curiae* in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this Order.

Dated: _____             _____
                                                             HON. JEFFREY V. BROWN