UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| *Plaintiff*, § | |
| VS. § | CIVIL ACTION NO. 3:21-CV-309 |
| § | |
| JOSEPH R. BIDEN, *et al*, § | |
| § | |
| *Defendants*. § | |

# **ORDER**

Before the court is the American Medical Association's motion for leave to file an *amicus curiae* brief in opposition to the plaintiff's motion for a temporary restraining order and preliminary injunction. Dkt. 31. The motion is granted. Accordingly, Dkt. 31-2 is deemed admitted as an *amicus curiae* brief.

Signed on Galveston Island on the 29th day of November, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE