# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:21-CV-309 |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§ | |

## THE STATE OF TEXAS'S
## NOTICE OF SUPPLEMENTAL AUTHORY

Plaintiff the State of Texas respectfully submits this notice of supplemental authority to bring to the Court's attention *Kentucky v. Biden*, --- F. Supp. 3d ---, 2021 WL 5587446 (E.D. Ky. Nov. 30, 2021), attached as Exhibit A.

In *Kentucky v. Biden*, a coalition of states and officials brought claims against President Biden and his administration regarding the Contractor Mandate, making substantially similar allegations as those Texas has made in this matter against Defendants. *Id.* at *1-2. The plaintiffs filed a motion for temporary restraining order and preliminary injunction requesting that the court enjoin the vaccination mandate. *Id.* The court found that the plaintiff states have standing, *id.* at *3-5, that they are likely to succeed on the merits of at least some of their claims, *id.* at *5-13, and that they "are likely to suffer irreparable harm without preliminary relief and that preliminary relief is not contrary to the public interest." *Id.* at *13. Accordingly, the court enjoined the Contractor Mandate for all covered contracts in the plaintiff states.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Deputy Chief, General Litigation Division
Texas State Bar No. 24087727
So. Dist. No. 3029796
Christopher.Hilton@oag.texas.gov

**HALIE ELIZABETH DANIELS**
Assistant Attorney General
Texas State Bar No. 24100169
So. Dist. No. 3380631
Halie.Daniels@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
So. Dist. No. 3350717
Amy.Hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and all attachments were filed via CM/ECF on December 2, 2021, causing electronic service on all counsel of record.

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**