UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-309 |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., *Defendants.* | § § § § § | |

### THE STATE OF TEXAS'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff the State of Texas respectfully submits this notice of supplemental authority to bring to the Court's attention to an Order issued today in *Georgia v. Biden*, No. 1:21-cv-163 (S.D. Ga. Dec. 7, 2021), attached as Exhibit A. This Order enjoins enforcement of the vaccine mandate in "any state or territory of the United States of America." Slip op. at 27.

In *Georgia v. Biden*, a coalition of states and officials brought claims against President Biden and his administration regarding the Contractor Mandate, making substantially similar allegations as those Texas has made in this matter and seeking a temporary restraining order and preliminary injunction. The court granted the preliminary injunction, finding that "EO 14042 goes far beyond addressing administrative and management issues . . . and instead, in application, works as a regulation of public health," *id.* at 20, and that "EO 14042's directives and resulting impact radiate too far beyond the purposes of the Procurement Act and the authority it grants to the President," *id.* at 23.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**
Deputy Chief, General Litigation Division
Texas State Bar No. 24087727
So. Dist. No. 3029796
Christopher.Hilton@oag.texas.gov

**HALIE ELIZABETH DANIELS**
Assistant Attorney General
Texas State Bar No. 24100169
So. Dist. No. 3380631
Halie.Daniels@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
So. Dist. No. 3350717
Amy.Hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and all attachments were filed via CM/ECF, causing electronic service on all counsel of record.

*/s/ Christopher D. Hilton*
**CHRISTOPHER D. HILTON**