# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State Of Texas

v.                                                 Case Number: 3:21−cv−00309

Joseph R. Biden, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 12/10/2021

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   December 8, 2021                             Nathan Ochsner, Clerk