UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

State Of Texas

v.  Case Number: 3:21–cv–00309

Joseph R. Biden, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
by video

**DATE:** 7/13/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference
Order for Initial Conference – FORM – #2

Date:   February 22, 2022

Nathan Ochsner, Clerk