UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>               Plaintiff,<br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>               Defendants. | No. 3:21-cv-309 |

**NOTICE OF WITHDRAWAL**

The undersigned attorney, Kristin A. Taylor of the United States Department of Justice, Civil Division, Federal Programs Branch ("Branch"), hereby withdraws as counsel for Defendants in the above-captioned case. The undersigned is leaving the Branch, her last day with that office being April 15, 2022. Madeline M. McMahon remains the lead attorney for this matter.

Dated: April 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
  General

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Kristin A. Taylor*
KRISTIN A. TAYLOR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-0533
Email: Kristin.a.taylor@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

On April 13, 2022, I electronically submitted this document to the clerk of court of the U.S. District Court for the Western District of Oklahoma using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kristin A. Taylor*
KRISTIN A. TAYLOR
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 353-0533
Email: Kristin.a.taylor@usdoj.gov