Case 3:21-cv-00309   Document 54   Filed on 09/21/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § § § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:21-CV-309 |
| | § § | |
| JOSEPH R. BIDEN, *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

Before the court is the State of Texas's motion for a temporary restraining order and preliminary injunction. Dkt. 6. The defendants responded on November 22, 2021. Dkt. 34. The State replied on November 29, 2021. Dkt. 36.

On December 7, 2021, a district court in Georgia issued a nationwide injunction that provided the relief requested in Texas's motion. *Georgia v. Biden*, 574 F. Supp. 3d 1337, 1357 (S.D. Ga. 2021). In light of that ruling, this court convened a status conference with the parties to this action on December 10, 2021, and announced a stay. Recently, the Eleventh Circuit narrowed the nationwide injunction to the original parties, excluding Texas. *See Georgia v. President of the United States*, No. 21-14269, 2022 WL 3703822, at *17 (11th Cir. Aug. 26, 2022).

Given the above events, the parties are ordered to submit supplemental

briefs (limited to 10 pages) no later than 21 days from the date of this order. The briefs are to respond to whether this remains a live controversy, how the Eleventh Circuit's decision affects the originally requested relief, and what changes, if any, are appropriate to the injunctive relief Texas originally requested.

Signed on Galveston Island this 21st day of September, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE