United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, <br><br> Plaintiff, <br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Defendants. | No. 3:21-cv-309 |

# ORDER

Pending before the Court is Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint. After reviewing the Motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. Accordingly, Defendants' deadline to respond to the complaint is stayed until 14 days after the Court rules on any summary judgment motion.

It is **SO ORDERED**.

Signed in Galveston Island this 30th day of March, 2023.

_____
**JEFFREY V. BROWN**
**UNITED STATES DISTRICT JUDGE**